```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

M.J.S.,                           :
                                  :
        Plaintiff,                :
                                  :
v.                                :   CASE NO. 4:20-CV-267-CDL-MSH
                                  :
COMMISSIONER OF SOCIAL            :
SECURITY,                         :
                                  :
        Defendant.                :
                                  :

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action (ECF No. 19), this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Appeals Council will instruct the ALJ to (1) further evaluate the opinion evidence; (2) determine whether a cane is medically necessary and any limitations arising from the use of a cane; (3) reconsider Plaintiff's residual functional capacity; (4) if necessary, obtain supplemental vocational

evidence; (5) update the record as needed; (6) offer Plaintiff the opportunity for a new hearing; and (7) issue a new decision.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this **12th** day of **August, 2021.**

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE