**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

M.J.S.,                              :
                                     :
          Plaintiff,                 :
                                     :
v.                                   :          CASE NO. 4:20-CV-267-CDL-MSH
                                     :
COMMISSIONER OF SOCIAL               :
SECURITY,                            :
                                     :
          Defendant.                 :
_____     :

## ORDER

Pending before the Court is Plaintiff's motion for attorney's fees under § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1) (ECF No. 25). Counsel filed the motion for fees on May 12, 2023, requesting a fee authorization of $11,798.00. Mot. for Att'y's Fees 5, ECF No. 25. Counsel represents to the Court that Defendant's counsel reviewed the fee petition prior to filing and does not oppose it. *Id.*

Accordingly, **IT IS ORDERED** that the relief requested in the petition seeking attorney's fees of $11,798.00 pursuant to the Social Security Act is **GRANTED**. The Court **ORDERS** that payment by the Commissioner in the amount of $5,181.92, which represents the balance after the EAJA offset in the amount of $6,616.08 is subtracted, be paid directly to Plaintiff's counsel, attorney Frederick J. Daley, Jr., in accordance with the agreement signed by Plaintiff.

SO ORDERED, this 7th day of June, 2023.

                                _S/Clay D. Land
                                CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE